UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIMON J. BURCHETT PHOTOGRAPHY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEEKING ALPHA, INC., <br><br> Defendant. | No. 20 CV 07634 (JPO) (DCF) <br><br> **DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68** |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant Seeking Alpha, Inc. ("Defendant") hereby offers to allow judgment to be taken against it by plaintiff Simon J. Burchett Photography, Inc. ("Plaintiff") in the above-captioned action for a payment by Defendant to Plaintiff in the amount of two thousand five hundred U.S. dollars ($2,500).

Such offer of judgment shall be inclusive of all costs and attorneys' fees, and shall not include injunctive relief, impoundment, or any non-monetary remedies.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and is not to be construed either as an admission that Defendant is liable in this civil action, or that Plaintiff has suffered any damages.

Dated: New York, New York
       October 8, 2020

MITCHELL, SILBERBERG & KNUPP LLP

By: /s/ Eleanor M. Lackman
    Eleanor M. Lackman
    437 Madison Avenue, 25th Floor
    New York, New York 10022
    Tel: (212) 509-3900
    Fax: (212) 509-7239
    eml@msk.com

*Attorneys for Defendant Seeking Alpha, Inc.*

12558158.2